Joseph K. Christopher BEY, Plaintiff—Appellant,

v.

State of NORTH CAROLINA, collectively and jointly; The Government of the State of North Carolina, collectively and jointly, by and through the Chief Executive of the State of North Carolina; J. Keith Crisco, in his official capacity as the Secretary of the North Carolina Department of Commerce; Pamela Thorpe Young, in her official capacity as Chair and Commissioner of the North Carolina Industrial Commission; Christopher Scott, in his official capacity as Commissioner of the North Carolina Industrial Commission; Wanda Blanche Taylor, in her official capacity as Chief Deputy Commissioner of the North Carolina Industrial Commission; John B. Deluca, in his official capacity as Deputy Commissioner of the North Carolina Industrial Commission; Erskine B. Bowles, in his official capacity as President of the University of North Carolina; Randy Woodson, in his official capacity as Chancellor of the North Carolina State University; Thomas H. Stafford, Jr., in his official capacity; Timothy R. Luckadoo, in his official capacity as Associate Vice Chancellor for Student Affairs at North Carolina State University; Timothy Blair, in his official capacity as Associate Director for University Housing at North Carolina State University; David Rainer, in his official capacity as Staff in the Environmental Health and Public Safety Center at North Carolina State University; David Drooz, in his official capacity

as Senior Associate General Counsel at North Carolina State University; Dahr Joseph Tanoury, in his official capacity as Assistant Attorney General in the Office of the Attorney General of North Carolina in the North Carolina Department of Justice; Beverly Eaves Perdue, The Honorable, in her official capacity as the Governor of the State of North Carolina, Defendants—Appellees.

No. 10–2210.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: Feb. 16, 2011.

Joseph K. Christopher Bey, Appellant Pro Se. Norma Smithwick Harrell, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph K. Christopher Bey appeals the district court's order granting Defendants' motion to dismiss his claims challenging the constitutionality of a North Carolina Industrial Commission order, and has moved: (i) to proceed in forma pauperis on appeal; (ii) to expedite his appeal; (iii) for injunctive relief to stay the state court proceedings pending his appeal; and (iv) for this court to waive the reproduction and binding requirements applicable to his motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Bey v. North Carolina,* No. 5:10–cv–00272–BO, 2010 WL 4117393 (E.D.N.C. Oct. 18, 2010). We also deny Bey's application to proceed in forma pauperis and his motion for injunctive relief, and deny as moot his motions to expedite and to waive the reproduction and binding requirements. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*